# *USERY & ASSOCIATES*

CHRISTOPHER E. MARTIN, ESQ.
Admitted in NJ and PA

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

Direct Dial: (973)631-3182
Email:CMARTI26@TRAVELERS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/6/2026

October 5, 2026

**MEMORANDUM ENDORSED**

Application granted. The initial pretrial conference scheduled for October 15, 2026 is adjourned to November 24, 2026 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's August 5, 2026 order are due no later than November 17, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.

Dated: October 6, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

***VIA ECF***

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Room 2260
New York, NY 10007

Re: *The Charter Oak Fire Insurance Company v. Accredited Surety and Casualty Company, Inc.*
Case No.: 1:26-cv-6642-GHW

Dear Judge Woods:

The undersigned represents the Plaintiff, The Charter Oak Fire Insurance Company ("Travelers"), in the above referenced matter. Travelers filed the Declaratory Judgment action on August 4, 2026 [Doc 1]. The defendant, Accredited Surety and Casualty Company, Inc., was served on August 19, 2026 [Doc 9]. To date, there has been no appearance filed on behalf of the Defendant. Pursuant to Your Honor's Notice filed on August 6, 2026, there is an Initial Pretrial Conference scheduled for October 15, 2026, and the parties are ordered to file an initial joint letter and Proposed Case Management Plan by October 8, 2026.

At this time, Travelers is requesting an adjournment of the October 15 conference and extension of the deadline to file the joint letter and Proposed Case Management Plan until November 16, 2026. Travelers is making this request in the interest of judicial efficiency and to avoid unnecessary delays moving forward in order to comply with the Court's deadlines. We have been negotiating with the Defendant and there is potential for resolution prior to November 16, 2026.

Thank you in advance for your consideration.

Respectfully submitted,

*/s/Christopher E. Martin*

Christopher E. Martin

/aly