# *USERY & ASSOCIATES*

CHRISTOPHER E. MARTIN, ESQ.
Admitted in NJ and PA

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

Direct Dial: (973)631-3182
Email:CMARTI26@TRAVELERS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

November 17, 2026

**MEMORANDUM ENDORSED**

***VIA ECF***

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. Room 2260
New York, NY 10007

Re: *The Charter Oak Fire Insurance Company v. Accredited Surety and Casualty Company, Inc.*
Case No.: 1:26-cv-6642-GHW

Dear Judge Woods:

The undersigned has been admitted by Your Honor *pro hac vice* and represents the Plaintiff, The Charter Oak Fire Insurance Company, an affiliated insurance carrier of the Travelers Indemnity Company ("Travelers") in the above referenced matter. Please accept this Letter Motion to Adjourn the initial pretrial conference which was adjourned previously from October 15, 2026 to its present date of November 24, 2026.

The reason for this second request builds upon advances made during the initial adjournment period. Further negotiations have led to progress regarding settlement with one material aspect being addressed presently. Support for each sides' positions has been exchanged and there is real potential to dispose of this matter in the near future.

A brief procedural history reflects that Travelers filed the Declaratory Judgment action on August 4, 2026 [Doc 1]. The defendant, Accredited Surety and Casualty Company, Inc., was served on August 19, 2026 [Doc 9]. To date, there has been no appearance filed on behalf of the defendant, but counsel has recently contacted my office and is facilitating negotiations and will be conducting a conflict check. Your Honor's October 6, 2026 Order [Doc 11] allowed for an adjournment of the initial pretrial conference and for the submission of the joint status letter and proposed case management plan; this submission is currently due today.

At this time, Travelers is the only party formally appearing on the docket and is requesting an adjournment of the November 24th conference to December 23, 2026 and an extension of the deadline to file the joint letter and Proposed Case Management Plan so as to allow the defendant an ability to file an appearance, or the parties can amicably resolve the claims at issue as set forth

in the Complaint. Travelers is making this request in the interest of judicial efficiency and to avoid unnecessary delays moving forward in an effort to comply with the Court's deadlines. Simply, substantive progress is being made toward resolution, a default application would likely not advance a more timely resolution and there is as of this moment no defense counsel appearance to allow for a joint submission.

Thank you in advance for your consideration of this additional adjournment request.

Respectfully submitted,

*/s/Christopher E. Martin*

Christopher E. Martin

/aly

Application granted in part. The initial pretrial conference scheduled for November 24, 2026 is adjourned to January 8, 2027 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's August 5, 2026 order are due no later than January 1, 2027. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated: November 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge